| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman, PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(866) 598-5042<br><br>Ref. No. or File No.<br>L17093925ATF | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Amini, Kevin v. CLASSIFIED ADVERTISING VENTURES, LLC d/b/a SELLER NETWORKS | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>2016287 | | CASE NUMBER:<br>8:18-cv-00751-JVS-KES |

United States District Court

Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of ADR Program; Notice of Assignment;

On: Classified Advertising Ventures, LLC d/b/a Seller Networks

At: 318 N Carson St Ste 208
    Carson City, NV 89701

In the above named action by delivering to and leaving with

Crystal Tinker

Whose title is: Agent for Paracorp Incorporated

On: 5/17/2018         At: 02:55 PM

Fees Paid: 0.00

Person who served papers   a. Name: Bob Deale   b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
c. Telephone number: 909-664-9577   d. The fee for this service was: 179.50   e. I am:   (3) [X] NV process server:
(i)[X] Independent Contractor        (ii) Registration No.: 1088A        (iii) County: 0

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: L17093925ATF

| PLAINTIFF/PETITIONER: | Kevin Amini | CASE NUMBER: 8:18-cv-00751-JVS-KES |
|---|---|---|
| DEFENDANT/RESPONDENT: | CLASSIFIED ADVERTISING VENTURES, LLC d/b/a SELLER NETWORKS | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/18/2018

Bob Deale

> *[signature: Bob Deale]*

**Declaration of Service**

**Billing Code:** L17093925ATF